# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:13-cv-01719-SRN-SER

**Case Title:** Marcus Harris and Julius Caldwell, on behalf of themselves and all others similarly situated, v. Chipotle Mexican Grill, Inc.

### Declaration of Movant

I, **Joel A. Mintzer**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Richard J. Simmons**, an attorney admitted to practice and currently in good standing in the U.S. District Court for the **Central District of California** but not admitted to the bar of this court, who will be counsel for the defendant, **Chipotle Mexican Grill, Inc**, in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

 X  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

 __  I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: *s/ Joel A. Mintzer*          Date: January 3, 2014

MN Attorney License #: 224169

### Declaration of Proposed Admittee

I, **Richard J. Simmons**, am currently a member in good standing of the U.S. District Court for the **Central District of California**, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion

84210046.1

must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: *s/ Richard J. Simmons*     Date: December 20, 2013

Typed Name: Richard J. Simmons

Attorney License Number: 72666 issued by the State of **California**

Law Firm Name:   Sheppard Mullin Richter & Hampton LLP

Law Firm Address:   333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071

Main phone:        (213) 620-1780

Direct line:       (213) 617 -5518

E-mail address:    rsimmons@sheppardmullin.com