UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Marcus Harris, Julius Caldwell, Demarkus Hobbs, and Dana Evenson, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | Case No. 13-cv-1719 (SRN/SER) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Chipotle Mexican Grill, Inc., | ) ) | |
| Defendant. | ) ) ) | |
| DeShandre Woodards, | ) | Case No. 14-cv-04181 (SRN/SER) |
| Plaintiff, | ) ) | |
| | ) ) ) | **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND FOR** |
| v. | ) ) | **AUTHORIZATION TO DEDUCT SERVICE AWARDS FROM AN** |
| Chipotle Mexican Grill, Inc., | ) ) | **AWARD OF ATTORNEYS' FEES AND/OR EXPENSES** |
| Defendant. | ) ) | |

Pursuant to the Federal Rules of Civil Procedure and the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and § 216(b), Plaintiffs' in the above-captioned cases, by and through their attorneys, hereby file Plaintiffs' Motion for Attorneys' Fees and Expenses, and for Authorization to Deduct Service Awards from an Award of Attorneys' Fees and/or Expenses.

This Motion is supported by the accompanying Memorandum in Support, all accompanying declarations or affidavits of Plaintiffs and counsel for Plaintiffs and all exhibits thereto, all other papers submitted with this Motion, the oral argument of counsel (if required by the Court), and all other files, records, and proceedings in these actions.

Date: August 29, 2017            /s Kent M. Williams
**WILLIAMS LAW FIRM**
Kent M. Williams (No. 0222884)
1632 Homestead Trail
Long Lake, MN 55356
615.940.4452
williamslawmn@gmail.com

**LAW OFFICE OF ADAM S. LEVY, LLC**
Adam S. Levy, *pro hac vice*
P.O. Box 88
Oreland, PA 19074
267.994.6952
adamslevy@comcast.net

**BACHUS & SCHANKER, LLC**
Andrew C. Quisenberry, *pro hac vice*
1899 Wynkoop Street, STE 700
Denver, CO 80202
303.893.9800
Andrew.quisenberry@coloradolaw.com

**HINKLE SHANOR LLP**
Thomas M. Hnasko, *pro hac vice*
Michael E. Jacobs (MN No. 0309552)
Loren S. Foy, *pro hac vice*
P.O. Box 2068
Santa Fe, NM 87504
505.982.4554
thnasko@hinklelawfirm.com
mjacobs@hinklelawfirm.com
lfoy@hinklelawfirm.com

**GIEBEL & ASSOCIATES, L.L.C.**
Kevin E. Giebel

P.O. Box 414
Lake Elmo, MN 55402
651.236.0729
kgiebel@ggwklaw.com

**KIRBY MCINERNEY LLP**
Robert J. Gralewski, Jr., *pro hac vice*
600 B Street, Suite 1900
San Diego, CA 92101
Tel: 619.398.4340
bgralewski@kmllp.com

ATTORNEYS FOR PLAINTIFFS