## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------------

|  |  |  |
|---|---|---|
| Marcus Harris, Julius Caldwell, Demarkus Hobbs, and Dana Evenson, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | Case No. 13-cv-1719 (SRN/SER) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Chipotle Mexican Grill, Inc., | ) ) | |
| Defendant. | ) ) ) | |
| DeShandre Woodards, on behalf of himself and all others similarly situated, | ) ) ) ) | Case No. 14-cv-04181 (SRN/SER) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Chipotle Mexican Grill, Inc., | ) ) | |
| Defendant. | ) ) | |

---

**ORDER RE: STIPULATION REGARDING BRIEFING SCHEDULE FOR
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND FOR
AUTHORIZATION TO DEDUCT SERVICE AWARDS FROM AN AWARD OF
ATTORNEYS' FEES AND/OR EXPENSES**

---

This matter comes before the Court on the parties' Stipulation Regarding Briefing

on Plaintiffs' Motion for Attorneys' Fees and Expenses, and for Authorization to Deduct

Service Awards from an Award of Attorneys' Fees and/or Expenses (the "**Stipulation**")

[Doc. Nos. 467 in 13-cv-1719 and 128 in 14-cv-4181] and the Court being advised in the premises, acknowledges the same, and hereby GRANTS the Stipulation and APPROVES the briefing schedule as follows:

a. Defendants' Response to Plaintiffs' Motion for Attorneys' Fees and Expenses, and for Authorization to Deduct Service Awards from an Award of Attorneys' Fees and/or Expenses, [Doc. No. 446] (the "**Motion**") shall be due on or before October 6, 2017;

b. Plaintiffs' Reply to the Motion shall be due on or before October 27, 2017; and

c. The parties also reserve their respective rights to request oral argument on Plaintiffs' Motion, at any time on or before October 27, 2017.

d. No further extensions of time will be granted.

Dated this 7th day of September, 2017.

BY THE COURT:

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge

2