UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Marcus Harris, Julius Caldwell, Demarkus Hobbs, and Dana Evenson, on behalf of themselves and all others, similarly situated,** | Civil No. 13-cv-1719 (SRN/SER) |
| **Plaintiffs,** | |
| v. | ORDER |
| **Chipotle Mexican Grill, Inc.,** | |
| **Defendant.** | |
| _____ | |
| **Deshandre Woodards, on behalf of himself and all others, similarly situated,** | Civil No. 14-cv-4181 (SRN/SER) |
| **Plaintiff,** | |
| v. | |
| **Chipotle Mexican Grill, Inc.,** | |
| **Defendant.** | |

SUSAN RICHARD NELSON, United States District Court Judge

    Before the Court is the Request for Oral Argument and Evidentiary Hearing on

Plaintiffs' Motion for Attorneys' Fees and Expenses [Doc. No. 134] filed by Defendant

Chipotle Mexican Grill, Inc. ("Chipotle"), and Plaintiffs' Notice of Hearing for Oral

1

Argument on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Award Deductions, and Objection to Chipotle's Request for Evidentiary Hearing [Doc. No. 140].

It is not the typical practice of the undersigned judge to entertain oral argument, let alone an evidentiary hearing, on motions for attorneys' fees. Chipotle's request for an evidentiary hearing is therefore unusual. To determine whether such a hearing is necessary, no later than November 3, 2017, Chipotle shall file a letter identifying its witnesses and the proposed testimony that it seeks to elicit.

Dated:   October 30, 2017

                                            s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Court Judge