# UNITED STATES DISTRICT COURT
### District of Minnesota

| | | |
|---|---|---|
| Marcus Harris, Julius Caldwell, Demarkus Hobbs, Dana Evenson, *on behalf of themselves and all others similarly situated* | | **JUDGMENT IN A CIVIL CASE** |
| | Plaintiffs, | |
| v. | | Case Number:   13-cv-1719 SRN/SER |
| Chipotle Mexican Grill, Inc., | | |
| | Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Attorney Fees and Expenses, and for Authorization to Deduct Service Awards from an Award of Attorneys' Fees and/or Expenses [Doc. No. 446] is **GRANTED IN PART and DENIED IN PART**;

2. With respect to Harris v. Chipotle Mexican Grill, Inc., 13-cv-1719 (SRN/SER), the Court awards the Plaintiff Firms attorneys' fees in the amount of $568,826.14, and costs in the amount of $46,900.85;

3. With respect to Woodards v. Chipotle Mexican Grill, Inc., 14-cv-4181 (SRN/SER), the Court awards the Plaintiff Firms attorneys' fees in the amount of $31,367.41, and costs in the amount of $1,345.07;

4. Service awards are **GRANTED** to the Named Harris Plaintiffs as follows: $15,000 for Marcus Harris, $15,000 for Julius Caldwell, $7,500 for Dana Evenson, and $5,000 for DeMarkus Hobbs;

5.  The Joint Motion for Approval of Settlement and to Dismiss Action with Prejudice [Doc. No. 453] is **GRANTED**;

This matter is **DISMISSED WITH PREJUDICE**.

Date: 1/29/2018                                              KATE M. FOGARTY, CLERK

                                                                                  s/Amy Halverson
                                                                         (By)   Amy Halverson, Deputy Clerk